UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENARD REECE YOUNG,<br><br>           Petitioner,<br><br>    v.<br><br>DEBRA DEXTER, WARDEN,<br><br>           Respondent. | CASE NO. ED CV 11-1261-PA (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: <u>August 12, 2011</u>

                                                 PERCY ANDERSON<br>                                               UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\11-1261 Judgment.wpd